# OSBORN LAW P.C.

Daniel A. Osborn, Esq.      dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.      ltrust@osbornlawpc.com

September 2, 2025

Granted.

SO ORDERED:

9/3/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Boyce v. Commissioner of Social Security*
                  Civil Action No. 1:25-cv-04681-RWL

Dear Judge Lehrburger,

      We write on behalf of our client, Melissa Alyma Boyce, with the consent of the defense, to request a 90-day extension of time to file her motion for judgment on the pleadings which is currently due on September 8, 2025, per the Court's Standing Scheduling Order. This is the parties' first request for an extension.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **December 8, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 6, 2026**; and

- Plaintiff to file her reply, if any, on or before: **February 20, 2026.**

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036      Facsimile  212-500-5115      info@osbornlawpc.com

Honorable Robert W. Lehrburger
September 2, 2025
Page Two

Thank you for your consideration of this request.

                                                           Respectfully submitted,

                                                         s/Daniel A. Osborn
                                                         Daniel A. Osborn
                                                         OSBORN LAW, P.C.
                                                         43 West 43rd Street, Suite 131
                                                         New York, New York 10036
                                                         Telephone:    212-725-9800
                                                         Facsimile:     212-500-5115
                                                         dosborn@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)