```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
In Regard to the Stay of Certain Civil Cases                :
Pending the Restoration of Department of                    :      ORDER
Justice Funding                                             :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

WHEREAS, on October 1, 2025, the Court issued a Standing Order (1:25-mc-433-LTS) staying certain civil cases, and tolling certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York, including those cases where the United States is represented by Special Assistant United States Attorneys such as from the Social Security Administration, in light of the lapse in funding to the Department of Justice,

WHEREAS, funding to the Department of Justice has been restored,

It is hereby ORDERED that the stay entered in the below-listed cases is lifted.

The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

| | |
|---|---|
| 24-cv-8700 | Napolitan v. Social Security |
| 24-cv-9197 | Alvarado v. Social Security |
| 24-cv-0916 | Blackman v. Social Security |
| 25-cv-2471 | Cortez v. Social Security |
| 25-cv-2903 | Johnson v. Social Security |
| 25-cv-3186 | Feliciano v. Social Security |
| 25-cv-3954 | Prastos v. Social Security |
| 25-cv-4681 | Boyce v. Social Security |
| 25-cv-4839 | Thode v. Social Security |
| 25-cv-5186 | Wilson v. Social Security |
| 25-cv-5420 | Garcia v. Social Security |

1

| | |
|---|---|
| 25-cv-5950 | Roman v. Social Security |
| 25-cv-6263 | Rivera v. Social Security |
| 25-cv-6280 | Rivas v. Social Security |
| 25-cv-7265 | Jackson v. Social Security |
| 25-cv-7316 | Johnson v. Social Security |
| 25-cv-7337 | Rios v. Social Security |
| 25-cv-7364 | Goodwin v. Social Security |
| 25-cv-7670 | Lopez, Maria v. Social Security |
| 25-cv-7991 | Cappabianca v. Social Security |
| 25-cv-8289 | Cumberbatch v. Social Security |
| 25-cv-6214 | Center for Constitutional Rights, et al. v. US Dep of Defense |
| 24-cv-4630 | Nunez v. USA |
| 23-cv-0454 | Ahmed v. Warden of Otisville |
| 22-cv-7179 | P.S., et al v. USA |

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2025
    New York, New York

Copies transmitted this date to all counsel of record.