**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
  MELISSA ALYMA BOYCE,

                                  Plaintiff,                    25 **CIVIL** 4681 (RWL)

         -v-                                                    **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                                  Defendant.
------------------------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated February 26, 2026, the final decision of the

Commissioner be and hereby is REVERSED, and the matter is REMANDED to the

Commissioner of Social Security for this further administrative action.

**Dated:**  New York, New York

         March 3, 2026


                                               **TAMMI M. HELLWIG**
                                           _____
                                                **Clerk of Court**



                              **BY:**  _____
                                            **Deputy Clerk**